# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MOLLY M. JONES, as Administrator of the                    PLAINTIFF
ESTATE OF CODY M. KELLEY, Individually
and on Behalf of the Estate and Wrongful Death
Beneficiaries of Cody M. Kelley, Deceased

v.                          No. 3:04CV00257 JLH

WILLIAM C. YOUNG, M.D., et al.                                 DEFENDANTS

## ORDER

The first motion *in limine* of Jonathan C. Welsh, M.D., and Associated Radiologists, Ltd. (Docket #21) is denied as premature on the ground that there is not, at this time, sufficient reason to believe that plaintiff may attempt to introduce evidence of liability insurance on the part of the defendants, malpractice suits against the defendants, or to call any defendant to be a witness against himself, to justify granting a motion *in limine*. The motion *in limine* is therefore denied without prejudice.

IT IS SO ORDERED this   26th   day of July, 2005.

                                             J. LEON HOLMES
                                             UNITED STATES DISTRICT JUDGE