IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| MOLLY M. JONES, AS ADMINISTRATOR OF THE<br>ESTATE OF CODY M. KELLEY, INDIVIDUALLY<br>AND ON BEHALF OF THE ESTATE AND WRONGFUL<br>DEATH BENEFICIARIES OF CODY M. KELLEY, DECEASED | PLAINTIFF |
| v.   Case No. 3:04CV00257 JLH | |
| WILLIAM C. YOUNG, M.D.; DAVID M. LEWIS, M.D.;<br>OTOLARYNGOLOGY & FACIAL SURGERY CENTRE<br>OF NORTHEAST ARKANSAS, P.A.; JONATHAN C.<br>WELSH, M.D.; ASSOCIATED RADIOLOGISTS, LTD.;<br>ST. BERNARDS HEALTHCARE; and JOHN DOES 1-10 | DEFENDANTS |

## AGREED ORDER

Plaintiff and Separate Defendant, St. Bernards Healthcare, have informed the Court that, due to the rescheduling of the deposition of Rebecca Ludwig, an expert designated by St. Bernards Healthcare, these parties have agreed to an extension of the deadline for Plaintiff to respond to the Motion for Summary Judgment filed herein on February 15, 2007 by St. Bernards Healthcare. Upon agreement of the parties, Plaintiff's deadline for filing said response is hereby extended until up to and including March 14, 2007.

It is so ORDERED this 23rd day of February, 2007.

_/s/ J. Leon Holmes_
The Honorable J. Leon Holmes, U.S. District Judge

APPROVED AS TO SUBSTANCE AND FORM:

| | |
|---|---|
| /s/ Robert L. Coleman | /s/ Paul D. Waddell |
| Robert L. Coleman | Paul D. Waddell |
| REID, BURGE, PREVALLET & COLEMAN | BARRETT & DEACON |
| 417 N. Broadway, P.O. Box 107 | 300 S. Church St., P.O. Box 1700 |
| Blytheville, AR 72315 | Jonesboro, AR 72403 |
| Attorney for Plaintiff | Attorney for St. Bernards Healthcare |