**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MOLLY M. JONES, as Administrator of the　　　　　　　　　　　　　　　　　PLAINTIFF
ESTATE OF CODY M. KELLEY, Individually
and on Behalf of the Estate and Wrongful Death
Beneficiaries of Cody M. Kelley, Deceased

v.　　　　　　　　　　　　　　NO. 3:04CV00257 JLH

WILLIAM C. YOUNG, M.D., *et al*　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

**ORDER**

The Court conducted a telephone conference on Thursday, March 8, 2007, to address plaintiff's Motion in Limine to Exclude Expert Testimony of Dr. Michael Radetsky and Motion in Limine to Exclude Expert Testimony of Dr. Richard M. Chesbrough. Plaintiff Molly M. Jones was represented by her attorneys, Wendell L. Hoskins, II, and Robert L. Coleman. Defendants William C. Young, M.D., and Otolaryngology & Facial Surgery Centre of Northeast Arkansas, P.A., were represented by their attorney, James R. Estes. Defendant David M. Lewis, M.D., was represented by his attorney, J. Kendall Cook. Defendants Jonathan C. Welsh, M.D., and Associated Radiologists, Ltd., were represented by their attorney, Paul D. McNeill. Defendant St. Bernards Healthcare was represented by its attorney, Brandon J. Harrison.

Following argument from counsel, the Court denied plaintiff's Motion in Limine to Exclude Expert Testimony of Dr. Michael Radetsky and Motion in Limine to Exclude Expert Testimony of Dr. Richard M. Chesbrough. Docket #63 and Docket #66.

Upon motion of plaintiff and without objection from defendants, the time for plaintiff to respond to separate defendant St. Bernards Healthcare's Motion for Summary Judgment is hereby extended up to and including July 30, 2007. Docket #45.

The trial of this matter presently set for April 16, 2007, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 9th day of March, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE