### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MOLLY M. JONES, as Administrator of the                                    PLAINTIFF
ESTATE OF CODY M. KELLEY, Individually, and on
Behalf of the Estate and Wrongful Death Beneficiaries of
Cody M. Kelley, Deceased

v.                                    No. 3:04CV00257 JLH

WILLIAM C. YOUNG, M.D., *et al*.                                           DEFENDANTS

### ORDER

The joint motion to extend certain time deadlines is granted in part and denied in part. Document #81. The discovery deadline is extended up to and including August 16, 2007; the deadline for filing status reports is extended up to and including August 31, 2007; and the motion deadline is extended up to and including August 31, 2007.

IT IS SO ORDERED this 16th day of July, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE