**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MOLLY M. JONES, as Administrator of the  PLAINTIFF
ESTATE OF CODY M. KELLEY, Individually, and on
Behalf of the Estate and Wrongful Death Beneficiaries of
Cody M. Kelley, Deceased

v.                              No. 3:04CV00257 JLH

WILLIAM C. YOUNG, M.D., *et al*.                             DEFENDANTS

**ORDER**

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 19th day of September, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE